Form 210A (12/09)

# United States Bankruptcy Court

_FOR THE_ District Of _RHODE ISLAND_

In re _UTGR, INC. d/b/a TWIN RIVER_ Case No. _09-12418 (ANV)_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_DEBT ACQUISITION COMPANY OF AMERICA V, LLC_     _MOBILE STORAGE INC_
Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee should be sent:

_1565 HOTEL CIRCLE SOUTH, SUITE 310_
_SAN DIEGO, CA 92108_
Phone: _619-220-8900 x 104_
Last Four Digits of Acct #: _____

Court Claim # (if known): _28_
Amount of Claim: _$584.03_
Date Claim Filed: _09/14/2009_

Phone: _401-942-1888_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                 Date: _2-15-10_
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:                                          ) CHAPTER 11
                                                )
                                                ) Case No. 09-12418 (ANV)
UTGR, INC. d/b/a TWIN RIVER, et al.,             )
                                                ) **NOTICE OF TRANSFER OF CLAIM**
        Debtor                                  ) **OTHER THAN FOR SECURITY AND**
                                                ) **WAIVER OF NOTICE**
                                                )
                                                ) Jointly Administered
                                                  Bankruptcy Rule 3001(e)(1)

    PLEASE TAKE NOTICE that the filed claim of MOBILE STORAGE INC ("Transferor") against the Debtor in the amount of $584.03, (claim no. 28) as listed in the claims register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(2).

    I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $584.03 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**MOBILE STORAGE INC**
**81 PILSUDSKI ST  PROVIDENCE RI 02909**

Print Name  William Hogan            Title  President
Signature  _[signature]_              Date  2/2/10
Updated Address (if needed) _____
Phone  401-942-1888  Fax  401-946-5678  E-Mail _____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature:   _[signature]_
             Andrew Whatnall

Mail Ref# 1-146
2674706